# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5124**                                **September Term, 2024**

**1:25-cv-00766-JEB**

**Filed On: August 29, 2025**

J.G.G., et al.,

      Appellees

      v.

Donald J. Trump, in his official capacity as
President of the United States, et al.,

      Appellants

      **BEFORE:**    Pillard, Katsas, and Rao*, Circuit Judges

# O R D E R

Upon consideration of the petition for rehearing en banc, it is

**ORDERED**, on the court's own motion, that the effectiveness of the portion of the court's order entered on August 8, 2025, granting mandamus relief and vacating the district court's order entered on April 16, 2025, be stayed pending disposition of the petition for rehearing en banc.  See D.C. Cir. Rule 41(a)(3) (order granting writ becomes effective automatically 21 days after issuance in the absence of an order or other special direction of this court to the contrary).  It is

**FURTHER ORDERED** that the administrative stay of the district court's order entered by this court on April 18, 2025, remain in effect pending disposition of the petition for rehearing en banc.

The purpose of these stays is to give the court sufficient opportunity to consider the petition for rehearing en banc and should not be construed in any way as a ruling on the merits of that petition.  Cf. D.C. Circuit Handbook of Practice and Internal Procedures 33 (2025).

### Per Curiam

                          **FOR THE COURT:**
                          Clifton B. Cislak, Clerk

            BY:    /s/
                      Laura M. Morgan
                      Deputy Clerk

* Circuit Judge Rao dissents from this order.